**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01966-REB-CBS

GILBERT D. DAVIS, individually, as a class of one, and as a member of a protected class,

    Plaintiff,

v.

THE HONORABLE BILL OWENS, et al.,

    Defendants.

**AMENDED
ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J**

    This matter is before me on 1) defendant Michael R. Striplin's Motion to Correct Clerical Error [#172], filed July 26, 2005; and 2) the **Recommendation of United States Magistrate Judge** [#165], filed June 6, 2005. In his Motion to Correct Clerical Error, the defendant notes that the court's Order Adopting Recommendation of United States Magistrate Judge [# 171], filed July 14, 2005, erroneously indicates that the plaintiff filed objections to the Magistrate Judge's recommendation. In fact, the plaintiff did not file any objections to the Magistrate Judge's recommendation. This amended order removes any reference to objections filed by the plaintiff.

    The Magistrate Judge concludes correctly that the court is without subject matter jurisdiction and recommends appropriately, *inter alia*, that the action be dismissed with prejudice. Certain defendants have filed objections, and request that I grant dispositive

relief in the alternative. I overrule the defendants' objections and approve and adopt the recommendation insofar as it recommends dismissal with prejudice for lack of subject matter.

As required by **28 U.S.C. § 636(b)**, I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law.  In addition, because the Plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See* **Haines v. Kerner**, 104 U.S. 519, 520-21 (1072), **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  I decline defendants' invitation to rule in the alternative.[1] The recommendation is detailed, circumstantiated, and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted insofar as they recommend dismissal with prejudice for lack of subject matter jurisdiction.

**THEREFORE, IT IS ORDERED as follows:**

1. That defendant Michael R. Striplin's Motion to Correct Clerical Error [#172], filed July 26, 2005, is **GRANTED**;

---

[1] *See* **Cunningham v. BHP Petroleum**, 2005 WL 1637889 (10th Cir. 2005) (A district court lacking subject matter jurisdiction has no power to rule on any substantive motions or to enter judgment).

2. That the court's Order Adopting Recommendation of United States Magistrate Judge [#171], filed July 14, 2005, is **WITHDRAWN** and is replaced by this order;

3. That the **Recommendation of United States Magistrate Judge** [#165], filed June 6, 2005, is **APPROVED AND ADOPTED** as an order of this court insofar as it recommends dismissal with prejudice for lack of subject matter jurisdiction;

4. That the action **IS DISMISSED WITH PREJUDICE**; and

5. That all pending motions **ARE DENIED AS MOOT**.

Dated July 28, 2005, at Denver, Colorado.

        **BY THE COURT:**

        <u>s/ Robert E. Blackburn</u>
        **Robert E. Blackburn**
        **United States District Judge**