**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-1966-REB-CBS

GILBERT D. DAVIS,

      Plaintiff,

v.

THE HONORABLE BILL OWENS, et al.,

      Defendants.

---

## MINUTE ORDER

---

      Defendants Michael R. Striplin, (I) and Michael R. Striplin's Motion for Costs [#173], filed July 26, 2005, is DENIED as moot.  Costs were entered today [#178], in the amount of $63.15 against plaintiff

Dated:  August 9, 2005
----------------------------------------------------------------------------------------------------------