**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01966-REB-CBS

GILBERT D. DAVIS, individually, as a class of one, and as a member of a protected class,

    Plaintiff,

v.

THE HONORABLE BILL OWENS, et al.,

    Defendants.

**ORDER DENYING MICHAEL R. STRIPLIN, M.D.'S MOTION
TO REVIEW TAXATION OF COSTS ASSESSED BY THE CLERK**

**Blackburn, J.**

The matter before me is **Michael R. Striplin, M.D.'s Motion to Review Taxation of Costs Assessed By the Clerk** [#180], filed August 10, 2005. By this motion, defendant contests the action of the Clerk of the Court in awarding him only a small portion of his photocopying costs and asks me to award the full amount of such costs incurred by him. I deny the motion.

As with other cost items recoverable under 28 U.S.C. § 1920, costs associated with photocopying documents may be recovered if it is shown that they were "necessarily obtained for use in the case." In support of his motion, defendant has shown only that certain numbers copies were made on particular dates in connection with this case. (*See* Defs. Motion App., Exh. B.) This documentation does not demonstrate to what the photocopies were attributable, much less that they were

necessarily obtained for use in the case. In the absence of any such evidence, I cannot find that the Clerk of the Court erred in awarding costs in this matter. *See Wilmshurst v. Carriage Cove Ltd.,* 2000 WL 33710894 at *4 (D. Utah Apr. 24, 2000); *Green Construction Co. v. Kansas Power & Light Co.*, 153 F.R.D. 670, 683 (D. Kan. 1994). *See also Battenfeld of America Holding Co. v. Baird, Kurtz & Dobson*, 196 F.R.D. 613, 617 (D. Kan. 2000) (burden is on party seeking costs to prove that requested costs are recoverable under section 1920).

**THEREFORE, IT IS ORDERED** that **Michael R. Striplin, M.D.'s Motion to Review Taxation of Costs Assessed By the Clerk** [#180], filed August 10, 2005, is **DENIED**.

Dated January 19, 2006, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**